UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VILLAGE OF BRONXVILLE,

                    Plaintiff,

          -against-

PAM TRANSPORTATION INC., et al.,

                    Defendants.

**ORDER**

20-CV-02936 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. (Nov. 30, 2021 Min. Entry). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                         **SO ORDERED:**

Dated:    White Plains, New York
          December 1, 2021

                         _____
                         PHILIP M. HALPERN
                         United States District Judge